UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE:<br>ORDER APPOINTING MERIT SELECTION PANEL TO CONSIDER APPLICATIONS FOR APPOINTMENT AS UNITED STATES ATTORNEY | GENERAL ORDER 04-26 |

On January 14, 2026, the United States District Court for the Western District of Washington entered a General Order announcing its intention to appoint a United States Attorney under 28 U.S.C. § 546(d) in the event the President had not appointed, with the advice and consent of the Senate, a United States Attorney for the Western District of Washington by February 3, 2026. The General Order announced a process for applicants to seek appointment, with a preference for applications received by March 16, 2026. *Id.*

The Court has received applications for the position of United States Attorney. Accordingly, the Court appoints the Panel of persons listed below to consider those applications and to report to the Court those applicants qualified for appointment.

ORDER - 1

Robert McKenna (Chair)
Seattle, WA

Helen Brunner
Seattle, WA

Jennifer Wellman
Seattle, WA

Robert Flennaugh
Seattle, WA

Thomas Vertetis
Tacoma, WA

The Clerk shall direct copies of this order to each Panel member.

Dated this 24th day of March, 2026.

David G. Estudillo
Chief United States District Judge

ORDER - 2