UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

IN RE:
FOOD AND BEVERAGES IN THE
COURTHOUSES IN THE WESTERN
DISTRICT OF WASHINGTON

GENERAL ORDER 07-26
(AMENDING GENERAL ORDER 08-16)

IT IS ORDERED, effective immediately, that no member of the public will be permitted to bring food or beverages of any sort into the courthouses in the Western District of Washington, with the following exceptions:

- Food and beverages ordered by the court for jurors;

- Food and beverages for planned events sponsored by the court or resident agencies;

- Formula, breast milk, and baby food for infants in an amount of 8oz (237ml) or less; and

- Medically necessary liquids in an amount of 3.4oz (100ml) or less.

This order does not apply to employees of the Judiciary or agencies housed in the courthouses, visitors with a valid jury summons, seated members of an active jury, grand

ORDER 07-26 / PAGE 1

jurors, court interpreters with a court-issued voucher, and law enforcement officers. Individual judges may permit additional exceptions.

Unless otherwise ordered by the presiding judge, consumption of food or beverages other than water in the courtrooms is not allowed.

DATED this 28th day of May, 2026.

David G. Estudillo
Chief United States District Judge

ORDER 07-26 / PAGE 2