UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: APPOINTMENT OF ROGER SCOTT ROGOFF AS UNITED STATES ATTORNEY PURSUANT TO 28 U.S.C. § 546(d) | GENERAL ORDER 09-26 |

The Western District of Washington's last presidentially nominated and Senate-confirmed United States Attorney was Nicholas W. Brown.  He resigned effective June 21, 2023. Tessa M. Gorman, then-First Assistant, automatically became the Acting United States Attorney pursuant to the Federal Vacancies Reform Act, 5 U.S.C. § 3345(a)(1), and her service in that position was subject to a 210-day time limit.[1]  On December 27, 2023, then-Attorney General Merrick B. Garland appointed Ms. Gorman the Interim United States Attorney pursuant to 28 U.S.C. § 546(a), effective January 19, 2024.[2]  Ms. Gorman was sworn in on January 16, 2024,

[1] *See* 5 U.S.C. § 3346.

[2] *See* Office of the Attorney General, Order No. 5846-2023.

GENERAL ORDER 09-26 / PAGE 1

and a 120-day time limit constrained her appointment.[3]  On May 9, 2024, the District Court appointed Ms. Gorman the United States Attorney for the Western District of Washington pursuant to 28 U.S.C. § 546(d) to serve until the vacancy was filled.  Her appointment became effective on May 18, 2024.[4]  Then-President Joseph R. Biden did not subsequently nominate another permanent United States Attorney for this District.  On February 13, 2025, reportedly at the direction of President Donald J. Trump, Ms. Gorman was dismissed from her position.  A presidentially nominated and Senate-confirmed officer did not succeed her.  The President has not yet nominated a permanent United States Attorney for this District, and the vacancy triggered by Mr. Brown's departure persists.

The United States Attorney, as the chief federal law enforcement officer in the District, plays an instrumental role in protecting community wellbeing and safety.[5]  On January 14, 2026, the Court announced its intent to again appoint a United States Attorney under Section 546(d).[6]  On March 24, 2026, the Court announced that it was in receipt of applications and appointed a Merit Selection Panel to report to the Court those applicants qualified for interviews.[7]

WHEREFORE, in view of the longstanding United States Attorney vacancy in this District, and to ensure the integrity and effective administration of justice in this District, the Court has unanimously decided to appoint a United States Attorney.  The undersigned, in accordance with the decision of the Judges of this Court, hereby appoints Roger Scott Rogoff to

[3] *See* 28 U.S.C. § 546(c)(2).

[4] *See* General Order 06-24.

[5] *See* Department of Justice Manual, Section 9-2.000 *et seq.*

[6] *See* Order re: The Possible Appointment of a United States Attorney Pursuant to 28 U.S.C § 546(d).

[7] *See* General Order 04-26.

GENERAL ORDER 09-26 / PAGE 2

be the United States Attorney for the Western District of Washington, with immediate effect, pursuant to 28 U.S.C. § 546(d).

Mr. Rogoff has deep ties to the Western District of Washington and has devoted his career to serving its citizens.  He served as a King County Prosecutor, an Assistant United States Attorney in Seattle, a King County Superior Court Judge, and the Director of the Washington State Office of Independent Investigations.  He also mentored future trial attorneys as an instructor at the University of Washington School of Law, his alma mater, and worked as a solo practitioner and Assistant General Counsel at Microsoft.

Mr. Rogoff is authorized to serve as the United States Attorney for the Western District of Washington until the vacancy is filled by an officer appointed by the President with the advice and consent of the Senate in accordance with the United States Constitution, Article II, Section 2 and 28 U.S.C. § 541(a).

Dated this 15th day of July, 2026.

David G. Estudillo
Chief United States District Judge

GENERAL ORDER 09-26 / PAGE 3