UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

IN RE:

MAGISTRATE JUDGE MERIT SELECTION PANEL

GENERAL ORDER 10-26

ORDER APPOINTING PANEL TO CONSIDER RE-APPOINTMENT OF MAGISTRATE JUDGE AND APPOINTMENT OF NEW FULL-TIME MAGISTRATE JUDGE

The current term of office for United States Magistrate Judge Michelle Peterson is set to expire on February 28, 2027. It is necessary that the Court consider re-appointment of Magistrate Judge Peterson. In addition, Magistrate Judge David Christel is scheduled to retire on April 30, 2027. It is necessary that the Court consider applications for the appointment of a new full-time Magistrate Judge for the Western District of Washington at Tacoma to replace Judge Christel. Accordingly, the Court appoints the panel of persons listed below, pursuant to the Federal Magistrates Act, as amended, and the Regulations of the Judicial Conference of the United States Establishing Standards and Procedures for the Appointment of United States Magistrate Judges:

- Brennen Johnson, Esq.
  deMaine Seeberger PLLC

- Nina Caldwell, Esq.
  President, Tacoma-Pierce County Bar Association

- Becky Fish, Esq.
  Office of the Federal Public Defender

- Victoria Cantore, Esq.
  U.S. Attorney's Office

- Christopher Poulos, Esq.
  Center for Justice and Human Dignity

- Sydney Maltese
  Northwest Immigrant Rights Project

- Reuben K. Hinton
  Dream Investment Strategies

The panel shall report to the court whether the incumbent is recommended for re-appointment as United States Magistrate Judge. The panel shall also recommend applicants for the full-time Magistrate Judge position available in Tacoma. All Panel members have been advised in writing of the restriction set forth in §420.30.20(d) of the Regulations of the Judicial Conference of the United States Establishing Standards and Procedures for the Appointment and Reappointment of United States Magistrate Judges.

The Clerk shall direct copies of this order to each District Judge and to each panel member.

Dated this 27th day of August, 2026.

David G. Estudillo
Chief United States District Judge