UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

IN RE: COURT CLOSURE SCHEDULE FOR YEAR END HOLIDAYS

GENERAL ORDER 11-26

The United States District Court for the Western District of Washington, including its Clerk's Office and Probation and Pretrial Services Office, will be closed on the following days except for new arrests and emergency filings:

- Thursday, November 26, and Friday, November 27, 2026, for the Thanksgiving holiday;
- Thursday, December 24, and Friday, December 25, 2026 for the Christmas holiday; and
- Thursday, December 31, 2026 and Friday, January 1, 2027 for the New Year's holiday.

The Court's Electronic Case Filing (ECF) system is not impacted, and litigants may continue to file electronically during this time.

IT IS SO ORDERED this 11th day of September, 2026.

FOR THE COURT:

David G. Estudillo
Chief United States District Judge