UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN THE MATTER OF:<br><br>Authorizing the United States Federal Air Marshal Service to Conditionally Release Certain Violators and Offenders and to Approve the Bail Schedule for Certain Violations of United States Code in the Western District of Washington | **GENERAL ORDER 12-26** |

This matter having come before the Court on the application by the United States Attorney's Office for the Western District of Washington for a General Order authorizing the United States Federal Air Marshal Service (FAMS) to issue citations for violations of certain sections of the United States Code, and for good cause appearing therefore:

IT IS HEREBY ORDERED that FAMS is now authorized to issue citations or violation notices to any person whom they have probable cause to believe is guilty of violations of the specifically enumerated offenses set forth in Exhibit A.

IT IS FURTHER ORDERED that the proposed Bail Schedule for the enumerated offenses are approved by the Court as set forth in Exhibit A.

IT IS FURTHER ORDERED that FAMS may use the location code designated by the Central Violations Bureau (CVB) for the Western District of Washington, with respect to



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

violations of the enumerated offenses as set forth in Exhibit A that occur in the Western District of Washington.

DATED this 22nd day of September 2026.

THE HONORABLE DAVID G. ESTUDILLO
Chief United States District Judge
United States District Court for the Western District of Washington



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

# EXHIBIT A

| US CODE | VIOLATION | FINE |
|---|---|---|
| 18 USC § 39B | Unsafe Operation of Unmanned Aircraft | Mandatory |
| 18 USC § 930(a) | Possession of a Firearm and Dangerous Weapon in a Federal Facility | Mandatory |
| 18 USC § 1036(a) and (b)(2) | Entry by False Pretenses to any Real Property, Vessel, or Aircraft of the United States or Secure Area of any Airport or Seaport | Mandatory |
| 18 USC § 1752 (a)(5) and (b)(2) | UAS Operation over Restricted Building or Grounds | Mandatory |
| 49 USC § 46307 | Violation of National Defense Airspace | Mandatory |
| 49 USC § 46313 | Refusing to Appear or Produce Records | Mandatory |
| 49 USC § 46314 (b)(1) | Entering Aircraft or Airport in Violation of Security Requirements | Mandatory |