**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| IN THE MATTER OF:<br>Authorizing the Federal Bureau of Investigation to Conditionally Release Certain Violators and Offenders and to Set a Forfeiture of Collateral In Lieu of Personal Appearance for Certain Violations of United States Code and the Revised Code of Washington in the Western District of Washington | **GENERAL ORDER 14-26** |

**ORDER**

This matter having come before the Court on the Application by the United States Attorney's Office for the Western District of Washington for an Order authorizing the Federal Bureau of Investigation (FBI) to issue citations for violations of certain sections of the United States Code and Revised Code of Washington, and for good cause appearing therefore:

IT IS HEREBY ORDERED that the FBI is now authorized to issue District Court Violation Notices to any person whom they have probable cause to believe is guilty of violations of the specifically enumerated offenses set forth in Exhibit A that occur in the Western District of Washington, within the special aircraft jurisdiction of the United States as defined by 49 U.S.C. § 46501.

IT IS FURTHER ORDERED that the FBI may use the location code designated by the Central Violations Bureau (CVB) for the Western District of Washington, with respect to violations of the enumerated offenses as set forth in Exhibit A that occur in the Western District of Washington, within the special aircraft jurisdiction of the United States as defined by 49 U.S.C. § 46501.

It is so ORDERED.

DATED this 20th day of November 2026.

HONORABLE DAVID G. ESTUDILLO
Chief United States District Judge
United States District Court for the Western District of Washington

# Exhibit A

| US CODE / RCW | VIOLATION |
|---|---|
| 18 U.S.C. § 13 | Assimilative Crimes Act |
| 18 USC § 113(a)(4) | Assault by Striking, Beating, or Wounding within territorial jurisdiction (special aircraft jurisdiction) |
| 18 USC § 113(a)(5) | Simple Assault within territorial jurisdiction (special aircraft jurisdiction) |
| RCW 9A.88.010 | Indecent Exposure |
| RCW 9A.48.090 | Malicious Mischief 3rd Degree |
| RCW 9A.84.030 | Disorderly Conduct |